IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Natural Resources Defense Council, Environmental Justice Health Alliance, Public Citizen, Catskill Mountainkeeper, Center for Coalfield Justice, Clean Water Action, Coming Clean, Flint Rising, Indigenous Environmental Network, Just Transition Alliance, Los Jardines Institute, Southeast Environmental Task Force, Texas Environmental Justice Advocacy Services, Water You Fighting For, West Harlem Environmental Action, Inc., <br><br>           Plaintiffs, <br><br>     v. <br><br> Assistant Administrator Susan Parker Bodine, Administrator Andrew Wheeler, and the United States Environmental Protection Agency, <br><br>           Defendants. | Case No. 20-cv-3058 (CM) <br> ECF Case |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR EXPEDITED CONSIDERATION PURSUANT TO 28 U.S.C. § 1657**

Plaintiffs respectfully move for summary judgment on the basis that there are no genuine issues of material fact and Plaintiffs are entitled to judgment as a matter of law. Defendants have unreasonably delayed responding to Plaintiffs' April 1, 2020 petition for an emergency rulemaking, in violation of the Administrative Procedure Act, 5 U.S.C. §§ 555(b), 706(1).

Plaintiffs also respectfully move the Court to expedite consideration of this case pursuant to 28 U.S.C. § 1657(a), for good cause.

Plaintiffs submit the following in support of this motion: (1) Memorandum in Support; (2) Rule 56.1 Statement of Material Facts; (3) Declarations of Lubna Ahmed, José

T. Bravo, Craig Domin, Dr. Kristi Pullen Fedinick and attached exhibit, Laura Feld, Wes Gillingham, Dallas Goldtooth, Melissa Mays, Juan Parras, Michele Roberts, Dr. Christina Swanson, and Michelle Wu and attached exhibits; and (4) Proposed Order.

| | |
|---|---|
| Dated: April 29, 2020 | Respectfully submitted, |
| | /s/ Michelle Wu |
| | Michelle Wu |
| | Natural Resources Defense Council |
| | 40 West 20th Street |
| | New York, NY 10011 |
| | (646) 889-1489 |
| | michellewu@nrdc.org |
| | |
| | Aaron Colangelo, *pro hac vice* pending |
| | Jared E. Knicley, *pro hac vice* pending |
| | Natural Resources Defense Council |
| | 1152 15th Street, NW, Suite 300 |
| | Washington, DC 20005 |
| | (202) 289-2376 |
| | acolangelo@nrdc.org |
| | jknicley@nrdc.org |
| | |
| | *Counsel for Plaintiffs* |
| | |
| | Allison Zieve, *pro hac vice* pending |
| | Public Citizen |
| | 1600 20th Street, NW |
| | Washington, DC 20009 |
| | (202) 588-1000 |
| | azieve@citizen.org |
| | |
| | *Counsel for Plaintiff Public Citizen* |