UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Natural Resources Defense Council
et al.,

               Plaintiffs

     v.

                                                           20-CV-3058 (CM)

Assistant Administrator Susan Parker Bodine
et al.,

               Defendants.
-----------------------------------------------------------X

## ORDER

McMahon, C.J.:

     The Court will hold a telephone status conference in this matter on Wednesday, May 6, 2020, at 2:30 p.m.

     To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506.  This is an open proceeding—the public and press are welcomed to dial in, but must remain silent.

May 4, 2020

*[signature: Colleen McMahon]*

                                                  Colleen McMahon
                                                  Chief Judge