**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, ENVIRONMENTAL JUSTICE HEALTH ALLIANCE, PUBLIC CITIZEN, CATSKILL MOUNTAINKEEPER, CENTER FOR COALFIELD JUSTICE, CLEAN WATER ACTION, COMING CLEAN, FLINT RISING, INDIGENOUS ENVIRONMENTAL NETWORK, JUST TRANSITION ALLIANCE, LOS JARDINES INSTITUTE, SOUTHEAST ENVIRONMENTAL TASK FORCE, TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, WATER YOU FIGHTING FOR, WEST HARLEM ENVIRONMENTAL ACTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ASSISTANT ADMINISTRATOR SUSAN PARKER BODINE, ADMINISTRATOR ANDREW WHEELER, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | No. 20 Civ. 3058 (CM) <br><br> **NOTICE OF CROSS-MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment, Defendants' Response and Counter-Statement of Material Facts Pursuant to Local Civil Rule 56.1(b), the Declaration of Lawrence E. Starfield, and the Declaration of Anne Idsal, Defendants Susan Parker Bodine, Andrew Wheeler, and the United States Environmental Protection Agency, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment to Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: May 29, 2020
      New York, New York

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney of the
Southern District of New York

By:   /s/ *Lucas Issacharoff*
RACHAEL DOUD
LUCAS ESTLUND ISSACHAROFF
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-3274/2737
Fax: (212) 637-2702
Email: rachael.doud@usdoj.gov
E-mail: lucas.issacharoff@usdoj.gov

2