UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATURAL RESOURCES DEFENSE COUNCIL,
ENVIRONMENTAL JUSTICE HEALTH
ALLIANCE, PUBLIC CITIZEN, CATSKILL
MOUNTAINKEEPER, CENTER FOR
COALFIELD JUSTICE, CLEAN WATER
ACTION, COMING CLEAN, FLINT RISING,
INDIGENOUS ENVIRONMENTAL NETWORK,
JUST TRANSITION ALLIANCE, LOS
JARDINES INSTITUTE, SOUTHEAST
ENVIRONMENTAL TASK FORCE, TEXAS
ENVIRONMENTAL JUSTICE ADVOCACY
SERVICES, WATER YOU FIGHTING FOR,
WEST HARLEM ENVIRONMENTAL
ACTION, INC.,

                    Plaintiffs,            20 **CIVIL** 3058 (CM)

      -against-                **JUDGMENT**

ASSISTANT ADMINISTRATOR SUSAN
PARKER BODINE, ADMINISTRATOR
ANDREW WHEELER, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,
                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 8, 2020, Plaintiffs' motion for summary judgment is DENIED. Defendants' cross-motion for summary judgment is GRANTED.

**Dated:** New York, New York
         July 8, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                    BY:
                                                      **Deputy Clerk**